UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **SYLVIA M CARLSON,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. CIV-24-1270-SM |
| | ) |
| **FRANK J. BISIGNANO, Commissioner** | ) |
| of Social Security Administration,[1] | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

Plaintiff Sylvia M. Carlson filed this action for judicial review of the denial of Social Security benefits and applied for leave to proceed *in forma pauperis*. On December 10, 2024, Magistrate Judge Suzanne Mitchell issued a Report and Recommendation ("R. & R.," Doc. No. 3) recommending that Plaintiff's Application for Leave to Proceed *In Forma Pauperis* (Doc. No. 2) be denied because Plaintiff has sufficient funds to prepay the $405.00 filing fee. *See* R. & R. at 2-4.

Plaintiff timely filed an Objection (Doc. No. 4). Pursuant to controlling authority, the Court reviews de novo the portions of the R. & R. to which specific objections have been made. *See United States v. 2121 E. 30th St.*, 73 F.3d 1057, 1059-60 (10th Cir. 1996); 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3).

Plaintiff's Objection argues, based on "corrected information" regarding Plaintiff's financial situation, that Plaintiff is unable to pay the filing fee because her monthly

---

[1] The current Commissioner is hereby substituted as Defendant pursuant to Rule 25(d) of the Federal Rules of Civil Procedure.

expenses exceed her monthly income. Plaintiff does not object to Judge Mitchell's calculations; rather, Plaintiff represents that two monthly expenses were mistakenly omitted from the Application. *See* Pl.'s Obj. at 2. Specifically, Plaintiff states that she has expenses of $900 per month for housing and $1136.00 per month for food in addition to the expenses listed in the Application. *See id.* Plaintiff argues that she is unable to pay the $405.00 filing fee because her actual monthly expenses of $3417.00 exceed her monthly income of $3372.00. *See id.* at 2-3. Counsel for Plaintiff has submitted an affidavit attesting that she believes the financial representations set forth in Plaintiff's Objection to be true and correct based on information received from Plaintiff. *See* McNair Palmer Aff. (Doc. No. 4-1).

## CONCLUSION

The Court ADOPTS the reasoning of the Report and Recommendation (Doc. No. 3).

Upon review of the facts set forth under oath in the Application and the additional information set forth in Plaintiff's Objection and counsel's affidavit, however, the Court finds that Plaintiff is unable to prepay the requisite fees and costs or to give security therefor. Plaintiff's Application for Leave to Proceed *In Forma Pauperis* (Doc. No. 2) is GRANTED, and Plaintiff is authorized to proceed without prepayment of fees or costs. In accordance with Local Civil Rule 3.3(e), the formal filing of the pleadings will relate back to the date the pleadings were conditionally filed.

IT IS SO ORDERED this 2nd day of December, 2025.

_____
CHARLES B. GOODWIN
United States District Judge